March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Robert Shannon         ,

               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 56   (__)(__)

Defendant __Robert Shannon_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

_X_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

Robert Shannon
        By: _[signature]_
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Robert Shannon**
_____
Print Defendant's Name

_[signature]_
_____
Defense Counsel's Signature

**Daniel J Welsh, Esq.**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

February 10, 2021
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge