UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Robert Shannon

                                  Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21    -CR- 56 ( ) ( )

Defendant __Robert Shannon__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

Robert Shannon
By/ _[signature]_
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Robert Shannon
_____
Print Defendant's Name

_[signature]_
_____
Defendant's Counsel's Signature

Daniel J. Welsh, ESQ.
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/29/21
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge