March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Robert Shannon        ,
                  Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 56 (JPC)(__)

Defendant __Robert Shannon__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Robert Shannon
    by: _[signature]_
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

ROBERT SHANNON
_____
Print Defendant's Name

_[signature]_
_____
Defense Counsel's Signature

DANIEL J. WELSH, ESQ.
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/30/2021
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge