# DANIEL J. WELSH, ESQ., LLC
ATTORNEY AT LAW
26 Journal Square Suite 3000
JERSEY CITY, NEW JERSEY 07306-2701

(201) 798-4100
_____

FAX (201) 798-4101

**DANIEL J. WELSH**
CERTIFIED CRIMINAL TRIAL ATTORNEY
ALSO ADMITTED IN PENNSYLVANIA

October 26, 2021

**Via ECF and email to Cronannysdchambers@nysd.uscourts.gov**

The Honorable John P. Cronan, USDJ
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl St.
Courtroom 12D
New York, NY 10007

      Re:    UNITED STATES v. ROBERT SHANNON, et al.
               Case Number: 1:21-cr-00056-JPC

Dear Judge Cronan:

    When we appeared before Your Honor on September 29, 2021, I said Mr. Shannon intended to file a motion to suppress. Your Honor ordered the motion to be filed by October 29, 2021, with the Government's reply due November 12, 2021.

    I am requesting a one (1) week extension on both dates. I spoke with AUSA Michael Herman and he has no objection. We have not previously requested an extension. The reason for this request is that I had a meeting this past weekend with Mr. Shannon, and he is deciding if he wants to pursue the motion. I didn't want to unnecessarily indulge on the Court's time should he decide he does not want to pursue the motion thus this request.

    Should Your Honor grant this request I will either file the motion by November 5, 2021, or I will inform the Court by that date that the motion will not be filed. Thank you for your time and attention.

Respectfully,

*Daniel J. Welsh*
**DANIEL J. WELSH**
DJW/as

---

This request is granted. Any motion to suppress by Defendant Robert Shannon shall be filed by November 5, 2021, the Government's opposition shall be filed by November 19, 2021, and any reply shall be filed by November 29, 2021.

SO ORDERED.
Date: October 26, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge