UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SHANNON,<br><br>                    Defendant. | S1 21 Cr. 56 (JPC)<br><br>ORDER |

To: ESSEX COUNTY CORRECTIONAL CENTER, NEWARK, NEW JERSEY

WHEREAS, Robert Shannon is an incarcerated individual at the Essex County Correctional Center, Newark, New Jersey (ECCC); and

WHEREAS, trial in this matter is scheduled to commence on July 12, 2022, and to continue for approximately one week; and

WHEREFORE, Mr. Shannon requires three sets of court clothes for trial, to be furnished by his attorney.

IT IS THEREFORE ORDERED that Mr. Shannon be permitted to receive up to three sets of Suitable trial clothes at ECCC prior to July 12, 2022, and to maintain such clothes during the Full pendency of trial.

Dated: July 5, 2022

JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE