UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Robert Shannon

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~22~~ 21 -CR- ~~156~~ 56 ( )( )

Defendant __Robert Shannon__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_Robert Shannon /By Tel.C_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Robert Shannon**
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

**Daniel J. Welsh, Esq.**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_7/12/22_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge