**DANIEL J. WELSH, ESQ., LLC**
ATTORNEY AT LAW
26 Journal Square Suite 3000
JERSEY CITY, NEW JERSEY 07306-2701

(201) 798-4100
_____

FAX (201) 798-4101

**DANIEL J. WELSH**
CERTIFIED CRIMINAL TRIAL ATTORNEY
ALSO ADMITTED IN PENNSYLVANIA

October 18, 2022

*[Signature]*
JOHN P. CRONAN
United States District Judge

> Defendant Shannon's unopposed request is granted. The Deadline for parties to file responses to the Initial Disclosure Presentence Report, Dkt. 177, is adjourned to November 4, 2022. In addition, Defendant Shannon's sentencing hearing, currently scheduled for November 29, 2022, is adjourned to December 13, 2022 at 11:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant's sentencing submission is due November 29, 2022, and the Government's submission is due December 6, 2022.
>
> SO ORDERED.
>
> October 18, 2022
> New York, New York

The Honorable John P. Cronan, USDJ
UNITED STATES DISTRICT COURT
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    **UNITED STATES v. ROBERT SHANNON**
                **Case Number: 1:21-cr-00056-JPC**

Dear Judge Cronan:

    The PSR in the above matter was disclosed on ECF on Thursday, October 6, 2022, although I didn't see it until October 7, 2022. In any event, the responses are due at the end of this week. I am respectfully requesting a two-week extension on the response. It would also seem to make sense to also request a two-week adjournment of the sentencing currently scheduled for November 29, 2022. Neither AUSA Michael Herman nor USPO Jill Spitalieri have an objection. As Ms. Spitalieri just noted to me the date for the final disclosure would also have to be extended two weeks.

    The reason for the request is that I was just recently informed Mr. Shannon had been transferred from the Essex County Jail. Mr. Herman was kind enough to ascertain for me that he had been transferred to MDC Brooklyn. I had not heard from Mr. Shannon and didn't know where he was. His transfer will cause some delay for me in communicating with him regarding the PSR.

    I appreciate any courtesies that may be extended by Your Honor.

Respectfully,

*[Signature: Daniel J. Welsh]*
**DANIEL J. WELSH**
DJW/as