UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA,         :

     -v-                             :         S1 21 Cr. 56 (JPC)

ROBERT SHANNON,         :         ORDER

         Defendant.     :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      At the sentencing hearing for Defendant that took place on December 13, 2022, the Court sentenced Defendant to, *inter alia*, 260 months of imprisonment. In an excess of caution, the Court clarifies that this sentence entails a 200-month term of imprisonment on Count One and 60-month consecutive term of imprisonment on Count Two. Accordingly, the Court hereby gives notice to the parties that it intends to set forth that breakdown in its forthcoming judgment of conviction. *Cf.* Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct . . . an error in the record arising form oversight or omission."). If either party objects to the issuance of a judgment imposing a sentence of 200 months' imprisonment for Count One and a sentence of 60 months' imprisonment for Count Two to run consecutively with Defendant's sentence for Count One, or requests a conference on this matter, they may do so in writing by December 16, 2022, at 5:00 p.m.

      SO ORDERED.

Dated: December 14, 2022
      New York, New York

                                               JOHN P. CRONAN
                                             United States District Judge