UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
                                                                        :       21 Cr. 56-2 (JPC)
         -v-                                                            :
                                                                        :       25 Civ. 3126 (JPC)
ROBERT SHANNON,                                                         :
                                                                        :       ORDER TO ANSWER
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Robert Shannon has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Having concluded that Shannon's motion should not be summarily dismissed, the Court respectfully directs the Clerk of Court to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Court further orders that, within sixty days of the date of this Order, the Government shall file an answer or other pleadings in response to the motion. Shannon shall have thirty days from when he is served with the Government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

      All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

      SO ORDERED.

Dated: April 17, 2025
       New York, New York

                                               JOHN P. CRONAN
                                               United States District Judge